UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

69TH TENANTS CORP.,

      Plaintiff/Counterclaim
      Defendant,

    - against -

ACE AMERICAN INSURANCE CO.,

      Defendant/Counterclaim
      Plaintiff.
---

23-cv-9220 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 4, 2024.

SO ORDERED.

Dated:    New York, New York
           December 20, 2023

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge