```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

69TH TENANTS CORP.,

                Plaintiff,

    - against -

ACE AMERICAN INSURANCE COMPANY,

                Defendant.

23-cv-9220 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **February 1, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            January 8, 2024

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                  **United States District Judge**