UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

69th TENANTS CORP.,

             Plaintiff,

     - against -

ACE AMERICAN INSURANCE COMPANY,

             Defendants.

23-cv-9220 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The deadline for the parties to file cross motions for summary judgment is **March 1, 2024**. The responses are due **March 29, 2024**. The deadline for both parties to reply is **April 12, 2024**.

SO ORDERED.

Dated:   New York, New York
         February 1, 2024

                          John G. Koeltl
                 United States District Judge