```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| 69th TENANTS CORP., | 23-cv-9220 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| ACE AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment. ECF No. 29.

SO ORDERED.

Dated:   New York, New York
         April 17, 2024

                                      _____
                                          John G. Koeltl
                                    United States District Judge