

# CLYDE&CO
## US LLP

340 Mt. Kemble Avenue, Suite 300
Morristown, New Jersey  07960
Telephone: 973 210 6700
Facsimile: 973 210 6701
www.clydeco.us
Kevin.Haas@clydeco.us

October 28, 2024

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
One Grand Central Place
500 Pearl Street
New York, NY 10007-1312

Re:   69th Tenants Corp. v. ACE American Insurance Company
       Case Number:  1:23-cv-09220-JGK

Dear Judge Koeltl:

We have received Your Honor's Order [45] setting oral argument on the pending cross-motions for summary judgment on November 12, 2024 at 4:00 p.m.  I will be out of the country on vacation that week and respectfully request Your Honor to reset oral argument.  Counsel for 69th Tenants, Bradley Nash, Esq., consents to my request.

To assist the Court, we can confirm that all counsel are available on November 19, 20, 22, 25 and 26 and December 2, 9, 11, 12, 18 and 19.

Respectfully submitted,

*Kevin M. Haas*

Kevin M. Haas

KMH/lmm
cc:   Bradley Nash, Esq. (via ECF)

*Argument adjourned to November 20, 2024 at 3:00pm in Courtroom 14A, 500 Pearl St., New York, N.Y. 10007. So ordered. 10/29/24 /s/ John G. Koeltl U.S.D.J.*

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, New Jersey, New York, and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.