UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

69th TENANTS CORP.,

               Plaintiff,            23-cv-9220 (JGK)

     - against -                ORDER

ACE AMERICAN INSURANCE COMPANY,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the argument held on November 20, 2024, the plaintiff's motion for summary judgment is **denied** and the defendant's motion for summary judgment is also **denied**.

    The Clerk is directed to close **ECF Nos. 24** and **29**.

SO ORDERED.

Dated:    **New York, New York**
            **November 20, 2024**

                                                     /s/ John G. Koeltl
                                                       John G. Koeltl
                                       United States District Judge