UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

69th TENANTS CORP.,

        Plaintiff,

- against -

ACE AMERICAN INSURANCE COMPANY,

        Defendant.

23-cv-9220 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

As discussed at the oral argument held today, the parties should file a joint pre-trial order, together with proposed voir dire requests, requests to charge, and motions in limine by **December 11, 2024**. Responses and objections are due by **December 20, 2024**. The final pretrial conference is scheduled for **January 9, 2025**. The parties should be ready for trial, with 48 hours' notice, by **January 23, 2025**.

SO ORDERED.

Dated:    New York, New York
            November 20, 2024

                                    John G. Koeltl
                                  United States District Judge