UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
69TH TENANTS CORP.

                        Plaintiff,                                23-CV-9220 (JGK)

           -against-                            **ORDER SCHEDULING**
                                                        **SETTLEMENT CONFERENCE**

ACE AMERICAN INSURANCE COMPANY

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A settlement conference in this matter is scheduled for **Wednesday, February 19, 2025, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Plaintiff is required to make a new demand prior to the conference, and Defendant must respond to that demand prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, February 12, 2025.**

      SO ORDERED.

DATED:    New York, New York
               November 23, 2024

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge