UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
69TH TENANTS CORP.

                Plaintiff,                              **23-CV-9220 (JGK)**

      -against-                               **ORDER RESCHEDULING**
                                                        **SETTLEMENT CONFERENCE**

ACE AMERICAN INSURANCE COMPANY

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

     A settlement conference in this matter is hereby rescheduled from February 19, 2025 to **Thursday, January 23, 2025, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

     Plaintiff is required to make a new demand prior to the conference, and Defendant must respond to that demand prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, January 16, 2025**. The Clerk of Court is directed to terminate the motion at ECF No. 54.

     SO ORDERED.

DATED:     New York, New York
                 December 2, 2024

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge