UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
69TH TENANTS CORP.,

                Plaintiff,                            23-CV-9220 (JGK)

     -against-                       **ORDER RESCHEDULING**
                                                   **SETTLEMENT CONFERENCE**

ACE AMERICAN INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Given the parties' request, the settlement conference is rescheduled from January 23, 2025, to **Friday, February 21, 2025, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Pre-conference submissions must be received by the Court no later than **Friday, February 14, 2025**. The Clerk of Court is directed to terminate the letter motion at ECF No. 67.

      **SO ORDERED.**

DATED:     New York, New York
                December 30, 2024

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge