UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

69TH TENANTS CORP.

        Plaintiff,

- against -

ACE AMERICAN INSURANCE COMPANY,

        Defendant.

23-cv-9220 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The final pretrial conference scheduled for March 11, 2025, is rescheduled to **April 22, 2025**, at **11:30 a.m.** in Courtroom 14A, 500 Pearl Street, New York, NY 10007.

    The trial ready date is adjourned to **April 29, 2025**.

SO ORDERED.

Dated:    New York, New York
             February 19, 2025

                                              John G. Koeltl
                                    United States District Judge