> **MEMO ENDORSED**
>
> [signature]
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> Dated: 3/10/2025
>
> A settlement conference is hereby rescheduled for **April 7, 2025 at 10:00 a.m**. in Courtroom 17-A, United States Courthouse, 500 Pearl St. New York, NY. Pre-conference submissions must be received by the Court no later than March 31, 2025. The Clerk of Court is directed to terminate the gavel at ECF No. 76.

# CLYDE&CO
## US LLP

340 Mt. Kemble Avenue, Suite 300
Morristown, New Jersey 07960
Telephone: 973 210 6700
Facsimile: 973 210 6701
www.clydeco.us
Kevin.Haas@clydeco.us

March 3, 2025

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007-1312

**Re:    69th Tenants Corp. v. ACE American Insurance Company**
        Case Number:  1:23-cv-09220 (JGK) (VF)

Dear Judge Figueredo:

The Plaintiff/Counterclaim Defendant, 69th Tenants Corp. ("69th Tenants") and Defendant/Counterclaim Plaintiff, ACE American Insurance Company ("ACE") jointly submit this letter to respectfully request that Your Honor reschedule the settlement conference set for March 21, 2025, previously set by Your Honor's February 18, 2025 Order (Doc 74). The parties will be unavailable to attend the conference as currently scheduled due to the schedules of party representatives. Further, the parties are awaiting receipt of engineering estimates and contractor bids, which the parties are optimistic will make for a more productive conference in the parties' efforts to resolve this matter. The parties propose, subject to the Court's availability, April 3, 2025 or April 4, 2025 as alternative dates for the settlement conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Kevin M. Haas*

_____
Kevin M. Haas
Clyde & Co. US LLP
The Chrysler Building
405 Lexington Ave, 16th Floor
New York, NY 10174
T: (973) 210-6700
F: (973) 210-6701
Email: Kevin.Haas@clydeco.us
*Attorneys for ACE American Insurance Company*

*Bradley J. Nash* (Signed with permission)

_____
Bradley J. Nash
Houget Newman Regal & Kenney, LLP
One Grand Central Place
60 E 42nd Street, 48th Floor
New York, NY 1016
T: (212) 689-8808
F: (212) 689-5101
Email: bnash@hnrklaw.com
*Attorneys for 69th Tenants Corp.*

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, New Jersey, New York, and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.