```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

69th TENANTS CORP.,

    Plaintiff,

 - against -

ACE AMERICAN INSURANCE COMPANY,

    Defendant.

23-cv-9220 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The parties are directed to appear, by phone, for a conference on **Thursday, March 27, 2025,** at **3:30 p.m.**

 Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated: New York, New York
   March 21, 2025

         /s/ John G. Koeltl
         John G. Koeltl
        United States District Judge