UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| 69ᵀᴴ TENANTS CORP., | |
| Plaintiff, | 23-cv-9220 (JGK) |
| - against - | <u>ORDER</u> |
| ACE AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the parties should provide a letter confirming diversity of citizenship, any negotiated stipulations, an amended exhibit list, and any other requested materials by **April 2, 2025**.

The pretrial conference is rescheduled to **April 9, 2025**, at **11:30 a.m.** The trial date is rescheduled to **April 15, 2025**, at **9:00 a.m.**

SO ORDERED.
Dated:   New York, New York
         March 27, 2025

                                      _____
                                           John G. Koeltl
                                      United States District Judge